UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TANYA SHANAHAN, <br><br> Plaintiff, <br><br> v. <br><br> 7-ELEVEN INC., *et al.*, <br><br> Defendants. | CASE NO. 3:22-cv-05484-BHS-JRC <br><br> PRETRIAL SCHEDULING ORDER |

This matter is before the Court on referral from the district court and on the parties' joint status report. *See* Dkt. 22.

The Court declines to set a trial date at this time. If the case is not resolved by motion or settlement, the assigned District Judge, the Honorable Benjamin H. Settle, will set a trial date and subsequent pretrial deadlines. Having reviewed the parties' joint status report, the Court enters the following pretrial deadlines:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **October 3, 2022** |

PRETRIAL SCHEDULING ORDER - 1

| Deadline for amending pleadings | **October 17, 2022** |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **March 10, 2023** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **April 7, 2023** |
| Rebuttal expert disclosures | **April 21, 2023** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2). | |
| Discovery completed by | **June 23, 2023** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **July 28, 2023** |
| Class certification motion deadline, if necessary. | **60 days after any ruling denying summary judgment motion** |
| Class certification opposition deadline | **90 days after class certification motion is filed** |
| Class certification reply deadline | **20 days after opposition is filed** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**DISCOVERY**

The Court strongly encourages parties to make every effort to resolve discovery disputes without the Court's intervention, which includes the expedited joint motion procedure set forth in LCR 37(a)(2). In the event those efforts are not successful, the parties may jointly telephone the undersigned when presented with disputes regarding discovery issues that are particularly time-sensitive. All parties to the discovery dispute MUST participate in making the call to the Court.

See LCR 7(i). Counsel should contact Kelly Miller by email at Kelly_Miller@wawd.uscourts.gov to make arrangements for a telephone conference with the undersigned.

## STIPULATIONS AND STIPULATED PROTECTIVE ORDERS

Stipulated motions should be filed as a "stipulated motion" rather than a "stipulation," "agreed motion," or "unopposed motion." Stipulated motions may be noted for the day they are filed but may not necessarily be signed that day. When filing stipulations, include a proposed order for the Judge to sign and send a Word version of the order to settleorders@wawd.uscourts.gov and to creaturaorders@wawd.uscourts.gov.

Western District of Washington Local Civil Rule 26(c) discusses and contains a link to the district's model protective order, which the parties are encouraged to use and which is also available on the Western District Court's website. The rule requires that when parties submit a stipulated protective order for the Court's approval, they must also provide the Court with a redlined version, identifying departures from the model. LCR 26(c)(2). The redlined version may be submitted to chambers via an email to settleorders@wawd.uscourts.gov and to creaturaorders@wawd.uscourts.gov.

## REQUESTING ORAL ARGUMENT AND COURTESY COPIES

After briefing has been completed on a motion, the Court will decide whether to grant a request for oral argument. Should oral argument be allowed, the Court will contact the parties to schedule a date and time. Most motions can be decided without oral argument.

Counsel shall refer to Judge Settle's webpage, https://www.wawd.uscourts.gov/judges/settle-procedures, for directions regarding courtesy copies.

**SETTLEMENT**

If this case settles before Judge Settle has ruled on any dispositive motions, plaintiff's counsel shall notify Judge Creatura's courtroom deputy, Kelly Miller, via e-mail at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Should the case settle after Judge Settle has ruled on any dispositive motions, plaintiff's counsel shall immediately notify Judge Settle's courtroom deputy at (253) 882-3825. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 26th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge