|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA SHANAHAN,

               Plaintiff,

   v.

7-ELEVEN INC,

               Defendant.

CASE NO. 3:22-cv-05484-BHS-JRC

ORDER GRANTING STIPULATED MOTION TO STAY

      This matter is before the Court on referral from the district court and on the parties' stipulated motion to stay proceedings pending mediation. *See* Dkt. 25. The parties have agreed to submit this dispute to private mediation and claim that a successful mediation requires a stay in the action. *See id.* at 1. Thus, the parties request that the matter be stayed until January 17, 2023, so that they may attempt resolve this action before engaging in substantial discovery and motion practice. *See id.* at 2.

      The parties have established good cause for their stay, and the Court grants their motion. This action, including discovery, shall be stayed until January 17, 2023, unless the Court lifts the

stay upon the parties' motion. The parties shall advise the Court if settlement is reached or file a joint status report by January 24, 2023.

Dated this 18th day of October, 2022.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO STAY - 2